IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHARLES LENGLE,[1]      §
     § No. 176, 2025
   Petitioner Below,      §
   Appellant,      § Court Below–Family Court
     § of the State of Delaware
   v.      §
     § File No. CK17-03597
KENDALL LEE,      § Petition Nos. 24-26384
     §          24-22311
   Respondent Below,      §
   Appellee.      §

Submitted: June 13, 2025
Decided: June 20, 2025

## ORDER

On April 23, 2025, Charles Lengle filed a notice of appeal from the Family Court's March 25, 2025 order affirming a Family Court commissioner's decision on the parties' cross-petitions for a protection-from-abuse order. On May 7, 2025, the Court denied Lengle's petition to proceed *in forma pauperis*. The next day, the Senior Court Clerk advised Lengle to pay the Court's filing fee by May 22, 2025, or a notice to show cause would issue. Lengle failed to pay the filing fee. On May 27, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing Lengle to show cause why this appeal should not be dismissed for his failure to pay the filing fee. Lengle received the notice, as evidenced by the signed return receipt filed

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

with the Court on June 2, 2025. A timely response to the notice was due on or before June 12, 2025. To date, Lengle has neither responded to the notice to show cause nor paid the filing fee.[2] Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that this appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[2] Lengle has also failed to pay the Family Court's appeal-preparation fee.